UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL L. BENDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:06-CV-1017-AGF |
| | ) |
| GARY KOTHE and SARAH KOTHE, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL
## PURSUANT TO
## 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint be **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Dated this  18th  day of July, 2006.


                                           /s/Donald J. Stohr
                                           UNITED STATES DISTRICT JUDGE